United States Court of Appeals
Fifth Circuit

**F I L E D**

May 12, 2006

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

---

No. 04-61104

---

BETTY HARRIS on behalf of Joseph Harris Jr., deceased claimant;
BARBARA BRATTON, on behalf of Joseph Harris Jr., deceased
claimant,

Petitioners,

versus

DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S.
DEPARTMENT OF LABOR; AEP Elmwood, LLC,

Respondents.

---

Petition for Review
from the Benefits Review Board
(04-0171)

---

Before JONES, Chief Judge, and BARKSDALE, and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

**AFFIRMED.** *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.